```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THOMAS M. FERREE                  :        MISC. ACTION
                                  :
         v.                       :
                                  :
LIFE INSURANCE COMPANY OF         :
NORTH AMERICA (LINA), et al.      :        No. 06-mc-00066-JF
```

MEMORANDUM AND ORDER

Fullam, Sr. J.                                         May 16, 2006

        Plaintiff in this action is also the plaintiff in an ongoing lawsuit pending the United States District Court for the Northern District of Georgia. He has filed a motion in this court to enforce a subpoena against a non-party. The recipient of the subpoena has filed a motion to transfer plaintiff's motion to compel to the Georgia District Court. Both parties are represented by Georgia attorneys who are not members of the Bar of this court, and who have not sought permission to appear *pro hac vice*. (In a footnote, respondent has expressed a willingness to seek admission *pro hac vice*, if necessary.)

        While it seems obvious that this dispute belongs before the Georgia court (where various relevant motions, including a motion for protective order, are pending), I conclude that the appropriate disposition of the pending motions is to strike them from the record. No useful purpose would be served by insisting upon *pro hac vice* admissions; the parties are free to litigate in Georgia.

```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| THOMAS M. FERREE | : | MISC. ACTION |
| | : | |
| v. | : | |
| | : | |
| LIFE INSURANCE COMPANY OF | : | |
| NORTH AMERICA (LINA), et al. | : | No. 06-mc-00066-JF |

ORDER

AND NOW, this 16th day of May 2006, upon consideration of plaintiff's motion to enforce subpoena, and defendant's motion for transfer, IT IS ORDERED:

    1.   That both motions are STRICKEN from the record, pursuant to Local Rule 83.5.2(b).

    2.   The Clerk is directed to close the file.

                                      BY THE COURT:

                                      /s/ John P. Fullam
                                      John P. Fullam, Sr. J.